

Caroline E. Oks
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4575 Fax: 973-639-8317
coks@gibbonslaw.com

September 6, 2022

**VIA ECF**
Hon. Rukhsanah L. Singh, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtroom 7E
Trenton, NJ 08608

Re: *Konkel v. Brother International Corporation, et al.,*
No. 22-00479-ZNQ-RLS

Dear Judge Singh:

This law firm represents Defendants Brother International Corporation and Brother Industries (U.S.A.), Inc. in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c)(5), we respectfully request Your Honor's approval for the withdrawal of Marissa Alter-Nelson, Esq. as *pro hac vice* counsel for Defendants.

If Your Honor approves, we respectfully request that Your Honor "So Order" this letter below and have it filed on the docket. Should Your Honor have any questions or concerns, we are available at the Court's convenience.

Respectfully submitted,

s/ Caroline E. Oks

Caroline E. Oks

cc: All counsel of record (via ECF)

SO ORDERED:

_____
Honorable Rukhsanah L. Singh, U.S.M.J.