Michael R. McDonald
Caroline E. Oks
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
mmcdonald@gibbonslaw.com
coks@gibbonslaw.com

Amy P. Lally (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
(310) 595-9500
alally@sidley.com

Martin B. Jackson (admitted *pro hac vice*)
Ernesto R. Claeyssen
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
mjackson@sidley.com
eclaeyssen@sidley.com

*Attorneys for Defendants*
*Brother International Corporation and*
*Brother Industries (U.S.A.), Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOB KONKEL and LUISMAEL ROSA, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br>v.<br>BROTHER INTERNATIONAL CORPORATION and BROTHER INDUSTRIES (U.S.A.), INC.,<br><br>           Defendants. | Civil Action No. 3:22-cv-00479-ZNQ-RLS<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs Bob Konkel and Luismael Rosa and Defendants Brother International Corporation and Brother Industries (U.S.A.), Inc. that all claims, by and between Plaintiffs and Defendants are hereby dismissed with prejudice and without costs against any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**STIPULATED AND AGREED TO BY:**

s/   Philip L. Fraietta
Philip L. Fraietta
Julian C. Diamond (admitted *pro hac vice*)
**BURSOR & FISHER, P.A.**
888 Seventh Ave, Third Floor
New York, NY 10019
(646) 837-7150
aobergfell@bursor.com
jdiamond@bursor.com

Neal Deckant (*pro hac vice* forthcoming)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
(925) 300-4455
ndeckant@bursor.com

*Attorneys for Plaintiffs Bob Konkel and Luismael Rosa*

s/ Caroline E. Oks
Michael R. McDonald
Caroline E. Oks
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
973-596-4500
mmcdonald@gibbonslaw.com
coks@gibbonslaw.com

Amy P. Lally (admitted *pro hac vice*)
**SIDLEY AUSTIN LLP**
1999 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
(310) 595-9500
alally@sidley.com

Martin B. Jackson (admitted *pro hac vice*)
Ernesto R. Claeyssen
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
(212) 839-5300
mjackson@sidley.com
eclaeyssen@sidley.com

*Attorneys for Defendants Brother International Corporation and Brother Industries (U.S.A.), Inc.*

Dated: November 2, 2023

**SO ORDERED:**

_____
The Honorable Zahid N. Quraishi, U.S.D.J.

2